THE STATE, EX REL. DOOLEY, APPELLANT, *v.*
WILSON, JUDGE, APPELLEE.

[Cite as State, ex rel. Dooley, *v.* Wilson (1987), 30 Ohio St. 3d 46.]

(No. 86-116—Decided April 15, 1987.)

*John A. Dooley, pro se.*
*Anthony L. Gretick,* prosecuting attorney, and *Craig L. Roth,* for appellee.

*Per Curiam.* The judgment of the court of appeals dismissing appellant's complaint is hereby affirmed for the reasons stated in the opinion and journal entry of said court of November 27, 1985.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.